UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GOWER IDREES | Case No.: 3:25-cv-01447-AR |
| Petitioner, | |
| v. | ORDER |
| PRECISE MANUFACTURING & ENGINEERING, INC., a Washington Corporation, | |
| Respondent. | |

**Adrienne Nelson, District Judge:**

United States Magistrate Judge Jeff Armistead issued a findings and recommendation ("F&R") in this case on February 9, 2026, ECF 53, recommending that respondent Precise Manufacturing & Engineering, Inc.'s motions to dismiss, ECF 7 and ECF 40, and motion to strike, ECF 41, should be granted; petitioner Gower Idrees's motion for leave to file an amended complaint, ECF 30, should be denied; petitioner's motion to stay enforcement of judgment, ECF 17, and motions to disqualify counsel, ECF 18 and ECF 35, should be denied as moot; and this action should be dismissed for lack of subject matter jurisdiction, without leave to amend. Petitioner filed objections on February 19, 2026, ECF 56, and respondent filed an opposition to those objections on February 24, 2026, ECF 60. This matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(l). When a magistrate judge issues a findings and recommendation report, and a party files objections, "the court shall make a de novo determination of those portions of the report." *Id.* No specific standard of review is required in the absence of objections. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985). However, the Advisory Committee notes to

1

Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

The Court, having carefully considered petitioner's objections and reviewed the pertinent portions of the record de novo, finds that there is no basis to modify the F&R. The Court therefore adopts the F&R as its own.

\* \* \*

Having undertaken a de novo review of the record as it relates to petitioner's objections, as well as a review for clear error of the portions of the F&R to which petitioner does not object, the Court ADOPTS the F&R, ECF 53, in full. Respondent's motions to dismiss, ECF 7 and ECF 40, and motion to strike, ECF 41, are GRANTED. Petitioner's motion for leave to file an amended complaint, ECF 30, is DENIED. This action is DISMISSED accordingly for lack of subject matter jurisdiction. Dismissal is without prejudice and without leave to amend. Petitioner's motion to stay enforcement of judgment, ECF 17, and motions to disqualify counsel, ECF 18 and ECF 35, are DENIED as moot. Judgment shall follow.

IT IS SO ORDERED.

DATED this 6th day of July, 2026.

Adrienne Nelson
United States District Judge

2